# United States District Court
## Violation Notice
(Rev. 1/2020)

24042BA00349

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MDS | E1701289 | Kilgore | 4880 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 6/10/24 @ 1731
**Offense Charged:** ☐ CFR ☐ USC ☑ State Code — MDTA 16-303(c)
**Place of Offense:** Bldg 472 Cedar Point Rd / NAS Pax River
**Offense Description: Factual Basis for Charge** HAZMAT ☐
Person driving motor veh. on hwy on suspended lic and privilege
18 USC 13

### DEFENDANT INFORMATION
**Last Name:** Soliman
**First Name:** Mohamed S
**Street Address:** [redacted]

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| RA11794 | MS | 08 | Toyt/High | | Silv |

**A** ☑ If Box A is checked, you must appear in court. See instructions.
**B** ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____ Date: _____ Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*E1701289*

CVB SCAN 07/10/2024 15:40

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 10, 20 24** while exercising my duties as a law enforcement officer in the _____ District of **Maryland**

I, Cpl Kilgore, was notified by Gate 2 sentries of a driver without a license who attempted to enter NAS Patuxent River. A license check with MVA revealed the defendant's license is currently suspended.

The foregoing statement is based upon:
✓ my personal observation     ✓ my personal investigation
✓ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **6/10/24**
Date (mm/dd/yyyy)    Officer's Signature [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 07/10/2024 15:40